UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEKADU BEYENE TULI,

Plaintiff,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

Case No. C25-2447RSL

ORDER ON SERVICE

The Court has received plaintiff's response (Dkt. 9) to the Court's second order to show cause (Dkt. 8). The Court's first order to show cause (Dkt. 6) was entered after plaintiff failed to file proof of service as required by Fed. R. Civ. P. 4(l) over a period of more than four months following the filing of plaintiff's Dec. 3, 2025, complaint (Dkt. 1).

In response to the Court's first order to show cause, plaintiff provided a registered mail receipt dated Jan. 6, 2026, as proof of service on defendants Joseph B. Edlow, Director of United States Citizenship and Immigration Services ("USCIS"), and Danielle Lehman, San Francisco Asylum Office Director for USCIS. Dkt. 7 at 3. Plaintiff also provided a "Domestic Return Receipt" dated March 30, 2026, as evidence of service on the Attorney General of the

ORDER ON SERVICE - 1

United States. Dkt. 7 at 4. However, plaintiff did not provide sufficient proof of service on the United States Attorney for the Western District of Washington, offering only a statement from plaintiff's attorney, Amsale Aberra, that "Service upon the United States Attorney for the Western District of Washington was also completed." Dkt. 7 at 1:38–40. Attorney Amsale Aberra signed and entered this statement on April 21, 2026. *Id.* at 2.

Due to the proof issue regarding service on the U.S. Attorney for the Western District of Washington, the Court vacated its first order to show cause and, on April 22, 2026, issued a second order to show cause concerning that specific proof issue. Dkt. 8 (citing Fed. R. Civ. P. 4(i), (l)). In response, attorney Amsale Aberra acknowledged that "the prior response [Dkt. 7] did not adequately specify the timing, method, and proof of service upon the United States Attorney for the Western District of Washington." Dkt. 9. Plaintiff's attorney then informed the Court that service on the U.S. Attorney for the Western District of Washington "was effected via certified mail, mailed on April 24, 2026, and delivered on April 27, 2026 . . . ." *Id*. Plaintiff filed a "Domestic Return Receipt" dated April 27, 2026, as proof of that service. *Id*. at 4. While this is sufficient proof of service on the U.S. Attorney for the Western District of Washington, the Court is troubled by the incongruence between attorney Amsale Aberra's April 21, 2026, statement to the Court that the service had already been "completed" (Dkt. 7 at 1:38–40) and attorney Amsale Aberra's more recent statement (Dkt. 9 at 1) indicating the service was not initiated until April 24, 2026, three days after attorney Amsale Aberra told the Court it had been "completed."

ORDER ON SERVICE - 2

The Court reminds attorney Amsale Aberra of the obligations and potential for sanctions contained in Fed. R. Civ. P. 11. The Court also reminds attorney Amsale Aberra of the duty of candor to the tribunal. Washington State Rules of Professional Conduct 3.3. The Court further directs that all future pleadings from plaintiff shall follow the formatting requirements of LCR 10(e).

Returning to the specifics of the service issue, although the Court has now received sufficient proof of service on the U.S. Attorney for the Western District of Washington, plaintiff has not provided the Court with any showing of good cause for completing that service 55 days after plaintiff's 90-day window for serving defendants lapsed. Fed. R. Civ. P. 4(m). The Court is willing to find good cause for plaintiff's delay in serving the U.S. Attorney for the Western District of Washington if good cause is shown, but plaintiff must first offer a convincing showing. Therefore, the Court VACATES its second order to show cause (Dkt. 8) and orders plaintiff to file, within fourteen (14) days from the date of this order, a brief explaining why there is, or is not, good cause to extend the time limit for service on the U.S. Attorney for the Western District of Washington under Rule 4(m).

IT IS SO ORDERED.

DATED this 4th day of May, 2026.

ORDER ON SERVICE - 3

Robert S. Lasnik
United States District Judge

ORDER ON SERVICE - 4