The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEKADU BEYENE TULI

Plaintiff,

v.

DANIELLE LEHMAN, SAN FRANCISCO
ASYLUM OFFICE DIRECTOR, U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES, *et. al.,*

Defendants.

No. 2:25-cv-02447-RSL

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
ORDER

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until October 26, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to complete administrative processing for Plaintiffs' I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on June 26, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until October 26, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

STIPULATED MOTION FOR ABEYANCE        - 1
Case No. No. 2:25-cv-02447-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS has been processing Plaintiff's I-589. USCIS has been able to complete its review but is anticipating that this can be completed in the next 120 days. Because further litigation may not be necessary after the review is completed, the parties agree that holding this case in abeyance through October 26, 2026 is appropriate.  Therefore, the parties believe good cause exists for a stay in these proceedings to save the parties and this Court from spending unnecessary time and judicial resources on this matter and stipulate to the following:

1. The San Francisco Asylum Office agrees to make a decision and communicate the outcome of that decision to Plaintiff within 120 days of the interview date, absent unforeseen or exceptional circumstances that would require additional time for adjudication;

2.  Plaintiff agrees to submit all supplemental documents and evidence to USCIS 7 to 10 days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents 7 to 10 days prior to the interview may result in the interview being rescheduled at no fault of USCIS;

3. Upon receipt of the San Francisco Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case; and

4. Parties agree to bear their own litigation costs and attorney fees.

STIPULATED MOTION FOR ABEYANCE        - 2
Case No. No. 2:25-cv-02447-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties request that the Court hold the case in abeyance until October 26, 2026.  The parties will submit a joint status report on or before October 26, 2026.

Dated: June 10, 2026

Respectfully submitted,

*s/ Susan Kas*
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone:  206-553-4063
Email:  Susan.Kas@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 432 words, in compliance with the Local Civil Rules.*

*s/Amsale Aberra*
Amsale Aberra, Esq.
Amsale Aberra Law, PLLC
14205 SE 36th St. Suite 100
Bellevue, WA 98006
Phone: 206-734-7614
Email: amsale@aberralaw.com

*Attorney for Plaintiff*

STIPULATED MOTION FOR ABEYANCE          - 3
Case No. No. 2:25-cv-02447-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until October 26, 2026 under the following terms:

1. The San Francisco Asylum Office shall make a decision and communicate the outcome of that decision to Plaintiff within 120 days of the interview date, absent unforeseen or exceptional circumstances that would require additional time for adjudication;

2. Plaintiff shall submit all supplemental documents and evidence to USCIS 7 to 10 days prior to the agreed upon scheduled interview. Failure to submit these documents 7 to 10 days prior to the interview may result in the interview being rescheduled at no fault of USCIS;

3. Upon receipt of the San Francisco Asylum Office's decision, Plaintiff shall voluntarily dismiss the case; and

4. Parties shall bear their own litigation costs and attorney fees.

The parties shall submit a status update on or before October 26, 2026.

It is so **ORDERED**.

DATED this 11th day of June, 2026.

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR ABEYANCE        - 4
Case No. No. 2:25-cv-02447-RSL